Susan St. Vincent
Legal Officer
Sean O. Anderson
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br><br>CALVIN A. JOHNSON,<br><br>            Defendant. | Docket Number  6:18-po-00564-JDP<br><br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice.

.

Dated:  February 5, 2020              /S/ Sean O. Anderson
                                      Sean O. Anderson
                                      Acting Legal Officer
                                      Yosemite National Park

1

**ORDER**

Upon application of the United States, good cause having been shown therefore, it is hereby ordered that the above-referenced matter, *United States v. Calvin Johnson*, 6:18-po-00564-JDP, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   October 30, 2020

UNITED STATES MAGISTRATE JUDGE